**STATE of Missouri, Respondent,**

v.

**Mitchell JONES, Appellant.**

**No. WD 36782.**

Missouri Court of Appeals, Western District.

Feb. 4, 1986.

George A. Wheeler, Kansas City, for appellant.

William L. Webster, Atty. Gen., Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and SHANGLER and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from jury conviction of assault in the first degree § 565.050, RSMo 1978, and sentence to a ten-year term of imprisonment.

Judgment affirmed. Rule 30.25(b).